```
 1
 2
 3
 4
 5                      UNITED STATES DISTRICT COURT
                        EASTERN DISTRICT OF WASHINGTON
 6
 7   MITCHELL L. SELL,              )
                                    )   No.  CV-11-5134-CI
 8              Plaintiff,          )
                                    )
 9   v.                             )
                                    )   ORDER GRANTING STIPULATED
10                                  )   MOTION TO REMAND PURSUANT
     MICHAEL J. ASTRUE,             )   TO SENTENCE FOUR OF 42
11   Commissioner of Social         )   U.S.C. § 405(g)
     Security,                      )
12                                  )
                Defendant.          )
13
```

14  BEFORE THE COURT is the parties' stipulated Motion to Remand of
15 the above-captioned matter to the Commissioner for additional
16 administrative proceedings. (ECF No. 19.) Attorney Raymond Whitlow
17 represents Plaintiff Mitchell Sell; Special Assistant United States
18 Attorney Marc Warner represents Defendant. The parties have
19 consented to proceed before a magistrate judge. (ECF No. 3.) After
20 considering the stipulation of the parties,

21  **IT IS ORDERED:**

22  1.  The parties' stipulated Motion to Remand **(ECF No. 19)** is
23 **GRANTED**. The above-captioned case is **REVERSED** and **REMANDED** to the
24 Commissioner of Social Security for further administrative
25 proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On
26 remand, the Appeals Council will assign this case to an
27 administrative law judge (ALJ) to further develop the case, obtain
28 vocational expert testimony regarding Plaintiff's ability to work

ORDER GRANTING STIPULATED MOTION TO REMAND - 1

with his residual functional capacity, and consolidate this matter with a subsequent application that is pending at the hearing level.

    2.    Judgment shall be entered for **PLAINTIFF**.

    3.    Plaintiff's Motion for Summary Judgment (**ECF No. 11**) is stricken as moot.

    4.    An application for attorney fees may be filed by separate motion.

The District Court Executive is directed to enter this Order, forward copies to counsel, and thereafter shall close this file.

DATED August 31, 2012.

                               S/ CYNTHIA IMBROGNO
                          UNITED STATES MAGISTRATE JUDGE