# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MITCHELL L. SELL, | ) |
|     Plaintiff, | ) |
|     v. | ) NO. CV-11-5134-CI |
| MICHAEL J. ASTRUE, | ) **JUDGMENT IN A CIVIL CASE** |
| Commissioner of Social Security, | ) |
|     Defendant. | ) |

**STIPULATION BY THE PARTIES**:

The parties have stipulated to the remand of the captioned matter pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS ORDERED AND ADJUDGED** that**:**

The matter is **REVERSED and REMANDED** for additional proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Judgment is entered for Plaintiff.

DATED: August 31, 2012

JAMES R. LARSEN
District Court Executive/Clerk

s/ L. Stejskal
Deputy Clerk